[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

# RECEIVED

JUN 1 5 2020

**THOMAS G BRUTON**
**CLERK, U.S. DISTRICT COURT**

Leander Townsell

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 20 C 0170
(To be supplied by the Clerk of this Court)

C.C.D.O.C medical
Dept / Cermak
Health System

_____

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**            <u>**AMENDED COMPLAINT**</u>

✓            **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____            **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____            **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

    A.   Name: _Leander Townsell_

    B.   List all aliases: _N/A_

    C.   Prisoner identification number: _2017-042-6045_

    D.   Place of present confinement: _C.C.D.O.C_

    E.   Address: _P.O Box 089002 Chicago, Il 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: _SGT Rudnick_

        Title: _Seargant_

        Place of Employment: _C.C.D.OC_

    B.   Defendant: _J. Martinez_

        Title: _Correctional Officer_

        Place of Employment: _C.C.D.O.C_

    C.   Defendant: _K. Jacobsen_

        Title: _Correctional Officer_

        Place of Employment: _C.C.D.O.C_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

(1) My claim on this Incident is Failure to protect! On January 13th 2018 I Spoke to K. JAcobsen (Correction Officer) and (SGT Rudnick) notifying Them about me not being Safe going on this particular Tier, where I was attacked by 3 to 4 other Detainee's and Stabbed in my face, Also this incident is why my Shoulder is currently damaged 2yrs later. Correctional Officer J. Martnez and SGT Klimek watched me get attacked Until more officers arrived instead of Coming on the Tier Defusing the attack. Because of that Incident I have a permanent Cut on my face and a damaged Shoulder that hinders me from protecting myself in a place where that's a must. I was Sent to Stroger hosipital and needed Stiches in my face because the SGT and

4                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Correctional officers didnt protect,
      claim ② Failure to provide Immediate
medical attention. After getting attacked, stabbed
my shoulder was in severe pain for months.
I was ~~giving~~ given a sling and some
Ibuprofens but that did nothing. I
couldnt sleep or properly wash up. I
made it to Div 11 and notified multiple
Correctional officers such as (V. vasquez)
(C.O Delaturez) (B. Bryce) (C.O Powell)
and wrote multiple grievances. I
spoke with several Nurses such as
(Nurse Santos) (Nurse omeckI)(Nurse
Burnes) All through the years 2018
2019, 2020. Physical Therapy Just
told me I would need a operation
done and told me what was a Hill-Sachs.
I've never recieved a Certified date,
It's a long list I was told but Im
in pain as a CCDOC Detainee. It's been
2yrs I Dont Know what else to do. I Dont
want to proceed PRO'SE I NEED A Attorney.
I NEED A helping hAnd This is my 1st
ACtual LAwSuit.          5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like compensation in the amount of 500,000 for the pain and suffering bought upon me from the cook county officers and health system. I am in emotional and physical distress.

VI.     The plaintiff demands that the case be tried by a jury.     ☒ YES     ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this MAY day of _____, 20 20

(Signature of plaintiff or plaintiffs)

Leander Townsell

(Print name)

Leander Townsell

(I.D. Number)

2017-042-6045

(Address) P.O Box 089002
Chicago, Il 60608

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# PAGE 2

## Defendants

Defendant: SGT Klimek
Title: Seargant
Place Of Employment: C.C.Do.C


Defendant: Nurse Santos
Title: Nurse
Place Of Employment: C.C.D.O.C

# PAGE 6

## Statement of Claim.

As A Detainee of CCDoc Im entitled to Immediate Medical Assistance OR Surgery If Needed. I am in emotional and Physical distress for the pain and Suffering bought upon me from the C.C.DOC Officers and health System. I Dont know why my motion for attorney representation is Denied, because Im Seeking for an attorney If this Lawsuit Proceed. If my case is Dismissed Dont I get my $400 filing fee Back Because the case never proceeded. I Dont Know how to complete an USM-285 form. It's multiple Defendants.

Leander Townsell
IL# 2017-042-6045
P.O. Box 089002
Chicago, IL 60608

Clerk Of The U.S
District Court
219 South Dearborn St
Chicago, IL 60604

06/15/2020-156





